UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00303-H-1

UNITED STATES OF AMERICA

ORDER TO SEAL

v.

KALVIN DEONNE PARKER

On motion of the Defendant and for good cause shown, it is hereby ORDERED that DE 31 be

sealed until otherwise ordered by the Court, except that copies may be provided to the United States

Attorney's Office and counsel for the above-named defendant.

IT IS SO ORDERED.

This 10th day of July 2017.

MALCOM J. HOWARD
Senior United States District Judge