UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kalvin Deonne Parker**                                     Docket No. 5:16-CR-303-1H

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kalvin Deonne Parker, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 11, 2017, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kalvin Deonne Parker was released from custody on October 11, 2019, at which time the term of supervised release commenced.

On January 2, 2020, the court was notified via a Violation Report that the defendant had tested positive for marijuana on December 17, 2019, and that prior to the test, the defendant notified the probation officer that the test would likely be positive for marijuana. The court was advised that the defendant's substance abuse counselor was contacted, and the counselor recommended mental health treatment in order to address the defendant's history of antisocial behavior. Supervision was continued pending the presentation of mental health services to the defendant.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 6, 2020, the probation officer met with the defendant to discuss adding participation in a mental health treatment program to the conditions of his supervised release due to the defendant's history of antisocial behaviors. The defendant agreed that mental health services might be beneficial, and the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: January 9, 2020 |

## ORDER OF THE COURT

Considered and ordered this ___10th___ day of _____January_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge